**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **XIAOLANG ZHANG,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-252-KC** |
| | § | |
| **PAMELA BONDI et al.,** | § | |
| | § | |
| **Respondents.** | § | |

## <u>ORDER</u>

On this day, the Court considered the case.  On January 30, 2026, the Court ordered Respondents to show cause why Zhang's application for a writ of habeas corpus should not be granted by February 13, 2026.  Jan. 30, 2026, Order 3, ECF No. 2.  After Respondents filed an unresponsive response, the Court Ordered Respondents to address the Petition by February 20.  Feb. 17, 2026, Show Cause Order, ECF No. 17.  Respondents have now filed a Response, ECF No. 5, arguing that Zhang "has not established a cognizable due process claim." *Id.* at 1.  Upon due consideration, a reply from Zhang is warranted to address the Petition.

Accordingly, the Court **ORDERS** that Zhang shall **FILE** a reply addressing the Government's Response**,** by <u>no later than March 2, 2026</u>.

**SO ORDERED**.

**SIGNED this 23rd day of February, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE